599 F.2d 1051
 22 Fair Empl.Prac.Cas. 62, 20 Empl. Prac.
Dec. P 30,251
Falkowski
v.
Perry*
 No. 78-3716
 United States Court of Appeals, Fifth Circuit
 7/25/79
 N.D.Ala. 464 F.Supp. 1016
 
 1
 VACATED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 ***
 Opinion contains citation(s) or special notations